# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO.: 20-14645-BKC-AJC
PROCEEDING UNDER CHAPTER 13

IN RE:

RICARDO HERNANDEZ

DEBTOR_____/

## NOTICE OF CONTINUED CONFIRMATION HEARING
## AND TRUSTEE'S OBJECTION TO EXEMPTIONS

**YOU ARE HEREBY NOTIFIED** that the Confirmation Hearing and the Trustee's Objection to Exemptions has been continued to **October 27, 2020** at **01:35 pm** by TELEPHONE. To participate call, Court Solutions (917)746-7476. If a party is unable to register online (https://www.court-solutions.com), a reservation may also be made by telephone at (917) 746-7476.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Continued Confirmation Hearing and the Trustee's Objection to Exemptions was mailed to those parties listed below on this 18th day of September, 2020.

    */s/ Nancy K. Neidich*_____
    NANCY K. NEIDICH, ESQUIRE
    STANDING CHAPTER 13 TRUSTEE
    P.O. BOX 279806
    MIRAMAR, FL  33027-9806

NOTICE OF CONTINUED CONFIRMATION HEARING AND TRUSTEE'S OBJECTION TO EXEMPTIONS
CASE NO.: 20-14645-BKC-AJC

## SERVICE LIST

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**DEBTOR**
RICARDO HERNANDEZ
3574 W 80TH STREET
UNIT 102
HIALEAH GARDENS, FL  33018-7519

**ATTORNEY FOR DEBTOR**
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL  33012

**ROBERT SANCHEZ, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.