

**ORDERED in the Southern District of Florida on September 21, 2020.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:    Ricardo Hernandez                    Case No.: 20-14645-AJC
                                               Chapter 13

                Debtor            /

**ORDER CONTINUING OBJECTION TO CLAIM OF WELLS FARGO BANK, N.A.**

**THIS MATTER** having come to be heard on this 15th day of September 2020, upon Debtor's Objection to Claim of Wells Fargo Bank, N.A. [POC # 10-1; ECF#37], IT IS;

**ORDERED AND ADJUDGED:**

1. The Objection to Claim of Wells Fargo Bank, N.A. [# 10-1] is continued to:

    **Date: October 27, 2020**
    **Time: 9:00 a.m.**
    **Location: See notice below:**

Until further notice or unless directed otherwise, the court will ONLY hold telephonic hearings. The following telephonic service provider, **Court Solutions (917) 746−7476**, will be permitted in ALL matters. Individuals not represented by counsel will be able to use the telephonic services FREE of charge. All attorneys shall advise their clients NOT to appear at the courthouse.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.