UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

        Ricardo  Hernandez          Case No. 20-14645-AJC

        Debtor(s).               Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Order Continuing Hearing On Objection to Claim of Wells Fargo was sent to all parties on the attached service list on September 24, 2020.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Ricardo Hernandez
3574 W 80th Street, Unit 102
Hialeah Gardens, FL 33018-7519

Wells Fargo Bank, N.A.
c/o Alex Carmichael, BK Spec.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo, N.A.
Corporation Service Company, R.A.
1201 Hays Street
Tallahassee, FL 32301

Wells Fargo Bank, N.A.
c/o Charles W. Scharf, CEO
101 N. Phillips Avenue
Sioux Falls, SD 57104

Wells Fargo Bank
c/o Charles W. Scharf, CEO
420 Montgomery Street
San Francisco, CA 94104

        Respectfully Submitted:

        **ROBERT SANCHEZ, P.A.**
        Attorney for Debtor
        355 West 49th Street
        Hialeah, FL 33012
        Tel. 305-687-8008
        By:*/s/ Robert Sanchez*_____
        Robert Sanchez, Esq., FBN#0442161