| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 20-14645-AJC<br>Southern District of Florida<br>Miami<br>Tue Jun  9 12:46:17 EDT 2020 | Synchrony Bank<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | World Omni Financial Corp.<br>c/o H. Michael Solloa, Jr.,<br>110 SE 6 St., 15 Floor.<br>Ft. Lauderdale, FL 33301-5004 |
| AmeriCredit/GM Financial<br>Attn: Bankruptcy<br>Po Box 183853<br>Arlington, TX 76096-3853 | Bank of America<br>4909 Savarese Circle<br>Fl1-908-01-50<br>Tampa, FL 33634-2413 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | BrightStar Credit Union<br>Attn: Bankruptcy<br>Po Box 8966<br>Fort Lauderdale, FL 33310-8966 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citi/Sears<br>Citibank/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 |
| Comenitycapital/bjsclb<br>Attn: Bankruptcy Dept<br>Po Box 183003<br>Columbus, OH 43218-3003 | Credit Corp Solutions, Inc<br>c/o Marcadis Singer, P.A.<br>5104 S Westshore Boulevard<br>Tampa, FL 33611-5650 | Hyundai Motor Finance<br>Attn: Bankruptcy<br>Po Box 20829<br>Fountain City, CA 92728-0829 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Midland Funding<br>Attn: Bankruptcy<br>350 Camino De La Reine  Ste 100<br>San Diego, CA 92108-3007 |
| Midland Funding<br>Attn: Bankruptcy<br>350 Camino de la Reina<br>Suite 100<br>San Diego, CA 92108-3007 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 | Space Coast Credit Union<br>Attn: Bankruptcy<br>8045 North Wickham Road<br>Melbourne, FL 32940-7920 | Syncb/home Design Nahf<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Care Credit<br>Attn:  Bankruptcy Dept<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/Yamaha<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Wells Fargo Jewelry Advantage<br>Attn: Bankruptcy<br>Po Box 10438<br>Des Moines, IA 50306-0438 |
| World Omni Financial Corp.<br>Attn: Bankruptcy<br>Po Box 991817<br>Mobile, AL 36691-8817 | World Omni Financial Corp.<br>c/o H. Michael Solloa, Jr.<br>110 SE 6th Street, Suite 1500<br>Fort Lauderdale, FL 33301-5039 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 |

| | | |
|---|---|---|
| Ricardo Hernandez<br>3574 W 80th Street<br>Unit 102<br>Hialeah Gardens, FL 33018-7519 | Robert Sanchez Esq<br>355 W 49 St.<br>Hialeah, FL 33012-3715 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>Po Box 982238<br>El Paso, TX 79998 | Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | Jefferson Capital Systems, LLC<br>Attn: Bankruptcy<br>16 Mcleland Road<br>Saint Cloud, MN 56303 |
| Portfolio Recovery Associates<br>Riverside Commerce Center<br>120 Corporate Boulevard<br>Suite 100<br>Norfolk, VA 23502-4962 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients    31
Bypassed recipients     1
Total                  32